■ NATASHA SINGER, as Parent and Natural Guardian of TANIA D. HORTON, an Infant, Respondent, v DELHI CENTRAL SCHOOL, Appellant. [614 NYS2d 941] —Appeal from an order of the Supreme Court (Mugglin, J.), entered May 27, 1993 in

Delaware County, which denied defendant's motion for summary judgment dismissing the complaint.

Order affirmed, upon the opinion of Justice Carl J. Mugglin.

Mikoll, J. P., Mercure, Crew III, Yesawich Jr. and Peters, JJ., concur. Ordered that the order is affirmed, with costs.